

FILED

05/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0146

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0146

IN THE MARRIAGE OF:

BENJAMIN DAVID MARTIN,

    Petitioner and Appellant,

  and

BRANDI WILLIAMS, F/K/A BRANDI MARTIN,

    Respondent and Appellee.

ORDER

FILED

MAY 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Self-represented Appellant Benjamin David Martin has filed an unopposed motion to combine mediation with an appointed mediator and request for an extension of time to do so. Martin explains that he has two appeals pending with this Court and that now, he seeks the same mediator, appointed in his second appeal, to preside over the mediation of both cases simultaneously. *See also* Cause No. DA 24-0228, *Marriage of Martin and Williams*. He requests an additional forty-five days to complete this mediation.

This Court observes that on April 3, 2024, Martin filed a selection of mediator notice where he chose Nels Swandal and that mediation was scheduled for May 13, 2024, which is also the date of his instant motion. We further observe that Martin has filed his opening brief in this appeal. On May 13, 2024, this Court issued an Order, granting Appellee Brandi Williams's motion to extend the deadline fifteen days after the parties' mediation.

Upon review of the motion and good cause shown, therefore,

IT IS ORDERED that:

1. Martin's selection of mediator Nels Swandal, filed April 3, 2024, is VACATED;

2. Martin's unopposed motion to combine mediation for both of his appeals is GRANTED; and

3. Martin and Appellee Brandi Williams with counsel shall have mediator

Christopher J. Gillette preside over the simultaneous mediations of both matters and they shall have forty-five days from May 8, 2024, or June 24, 2024.

The Clerk is directed to provide a copy to: Mediator Nels Swandal; Mediator Christopher J. Gillette; counsel of record, and Benjamin David Martin.

DATED 17th day of May, 2024.

For the Court,

By _____
Chief Justice